**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSELYN PATRICIA MANIQUIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 25-7315-DMG (PVCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [39]** |

Having read and considered the parties' Joint Stipulation to Dismiss Case With Prejudice, filed October 28, 2026 [Doc. # 39] (the "Stipulation"), and finding good cause therefor, the Court **APPROVES** the Stipulation. The above-captioned action is **DISMISSED with prejudice** in its entirety.

IT IS SO ORDERED.

DATED: October 30, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE